# NORINSBERG LAW

Jon L. Norinsberg
John J. Meehan

Diego O. Barros
Erica M. Meyer
Arjeta Albani

Suite 2300
New York, NY 10022

69-06 Grand Avenue
3rd Floor
Maspeth, NY 11378
erica@norinsberglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2025

February 26, 2025

**VIA ECF**

Magistrate Judge Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application GRANTED. The settlement conference scheduled for March 6, 2025 is adjourned *sine die*. If, at any time, all parties wish to schedule a settlement conference with the undersigned, they shall so inform the Court. SO ORDERED.
> Dated: February 27, 2025

Re:   ***Steven Reyes Juarez v. NYCL Acquisition LLC, et. al.***
      **Case No. 23 Civ. 09103 (JGLC)**

Dear Judge Aaron,

We represent Plaintiff, Steven Reyes Juarez, in a maritime case under the Jones Act for personal injuries against Defendants NYCL Acquisition LLC, New York Cause Lines, Inc., and New York Water Taxi, LLC (collectively hereinafter "Defendants"). We write now to respectfully request an adjournment of the settlement conference presently scheduled for March 6, 2025.

The reason for this request is that the parties presently have a private mediation scheduled in this matter for June 12, 2025, with Shelley Olsen. Moreover, Plaintiff feels, based on previous settlement conversations, that the settlement conference would be premature at this time and would be more productive if the parties are unsuccessful at private mediation and prior to a trial in this matter.

<u>Defendants' Position</u>

Defendants take no position as to Plaintiff's request for an adjournment of the upcoming settlement conference. Defendants are prepared to attend the conference as scheduled.

We thank Your Honor for your consideration of this request.

Sincerely,

*Erica Meyer*

Erica M. Meyer, Esq.

2

Cc:

Daniel J. Fitzgerald,
FREEHILL HOGAN & MAHAR LLP
*Attorneys for Defendants*