

| | | |
|---|---|---|
| Jon L. Norinsberg<br>John J. Meehan<br>Erica M. Meyer | 110 East 59th Street<br>Suite 2300<br>New York, NY 10022 | |
| Diego O. Barros<br>Arjeta Albani | 69-06 Grand Avenue<br>3rd Floor<br>Maspeth, NY 11378<br>jon@norinsberglaw.com | **Application GRANTED.** The Court extends the deadlines as set forth below. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline. The Clerk of Court is respectfully directed to terminate ECF No. 46. |
| April 18, 2025 | | |

Dated: April 21, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

**VIA ECF**
Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Steven Reyes Juarez v. NYCL Acquisition LLC, New York Cause Lines, Inc., and New York Water Taxi, LLC*
Case No.: 23 Civ. 09103 (JGLC)

Your Honor,

    Our office represents Plaintiff, Steven Reyes Juarez, in the above-referenced maritime action. We write now to respectfully request a brief one (1) week extension of time to file Plaintiff's dispositive motion, from April 19, 2025 to April 25, 2025.

    The reason for this application is that our principal attorney on this matter, Erica Meyer, Esq., unexpectedly commenced maternity leave earlier than anticipated. Consequently, I have assumed numerous additional cases, which has created a temporary backlog in our workflow and necessitates a short extension to finalize Plaintiff's motion.

    Defendants take no position as to Plaintiff's request for extension. If the Court grants Plaintiff's request, Defendants request that Plaintiff's opposition deadline be extended by one (1) week, from May16, 2025 to May 23, 2025, and that any reply be extended from May 16, 2025 to May 30, 2025, so that both motions are fully briefed on the same date and in advance of the June mediation. Plaintiff consents to this request.

    We thank the court for its time and consideration of this request.

Respectfully submitted,

Jon L. Norinsberg, Esq.