UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steven Reyes Juarez,<br><br>                              Plaintiff,<br><br>           -against-<br><br>NYCL Acquisition LLC et al.,<br><br>                              Defendants. | 1:23-cv-09103 (JGLC) (SDA)<br><br>AMENDED ORDER SCHEDULING <u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, August 7, 2025, at 10:00 a.m. Based upon the Court's schedule, the conference shall proceed via Microsoft Teams rather than in person as previously scheduled.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Thursday, July 31, 2025).

SO ORDERED.

Dated:      New York, New York
            July 7, 2025

_____
STEWART D. AARON
United States Magistrate Judge